UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>A & A HAULING, INC. and STEVEN R. PETROFF,<br><br>Defendants. | Case No. 08-cv-149-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Voluntary Dismissal (Doc. 10) filed by Plaintiff Central Laborers' Pension, Welfare and Annuity Funds. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an absolute right to dismiss an action without a court order at any time before an adverse party serves either an answer or a motion for summary judgment. The defendants have not yet filed an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: May** 28**, 2008**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**