UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,<br><br>    Plaintiff,<br><br>    v.<br><br>A & A HAULING, INC. and STEVEN R. PETROFF,<br><br>    Defendant. | Case No. 08-cv-149 -JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

NORBERT JAWORSKI

By:s/Deborah Agans, Deputy Clerk

Dated: May 28, 2008

Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT
             DISTRICT JUDGE**