UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS,

Plaintiff,

v.                                                                  Case No. 08-cv-149 -JPG

A & A HAULING, INC. and
STEVEN R. PETROFF,

Defendant.

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of

dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice.


**NORBERT JAWORSKI**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: May 28, 2008**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**